PROB 12C
(7/93)

Report Date: October 29, 2008

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 3 1 2008

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Benavidez-Perez        Case Number: 2:07CR00104-001

Address of Offender: Metropolitan Correctional Complex, San Diego, California

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 9/25/2007

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(a) | |
| Original Sentence: | Prison - 14 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 8/21/2008 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 8/20/2011 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: The offender was released from Bureau of Prisons' custody on August 27, 2008, and turned over to Immigration and Customs and Enforcement for deportation processing. Mr. Benavidez-Perez was deported from Laredo, Texas, on September 9, 2008. The offender was again arrested for illegally entering the United States on September 23, 2008. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
**Re: Benavidez-Perez, Raul**
**October 29, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10-29-08

*Tommy Rosser*

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Signature*

Signature of Judicial Officer

10/31/08
Date